STEVEN L. DERBY, Esq. (SBN 148372)
DERBY, McGUINNESS & GOLDSMITH, LLP
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
eservice@dmglawfirm.com
sderby@dmglawfirm.com

ANTHONY GOLDSMITH, Esq. (SBN 125621)
DERBY, McGUINNESS & GOLDSMITH, LLP
21550 Oxnard Street, Suite 300
Woodland Hills, CA 91367
Telephone: (818) 213-2762
Facsimile: (510) 359-4419
eservice@dmglawfirm.com
agoldsmith@dmglawfirm.com

Attorneys for Plaintiff, ROBERT GRISAK

ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
ERICK J. RHOAN, State Bar No. 283588
Deputy Attorney General
2550 Mariposa Mall, Room 5090
Fresno, CA  93721-2271
Telephone:  (559) 705-2310
Fax:  (559) 445-5106
E-mail:  Erick.Rhoan@doj.ca.gov

*Attorneys for Defendant, the State of California, by and through the 44th District Agricultural Association*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GRISAK,<br><br>             Plaintiff,<br><br>   v.<br><br> 44th DISTRICT AGRICULTURAL ASSOCIATION AND STATE OF CALIFORNIA,<br><br>             Defendants. | CASE NO.  2:22-cv-01746-JAM-CKD<br><br><u>Civil Rights</u><br><br>**STIPULATION TO EXTEND PRETRIAL DEADLINES** |

1

**TO THE HONORABLE COURT:**

Plaintiff ROBERT GRISAK ("Plaintiff") and Defendants 44th DISTRICT AGRICULTURAL ASSOCIATION and STATE OF CALIFORNIA ("Defendants"), hereby jointly stipulate and request through their attorneys of record the following:

WHEREAS, Defendants are unavailable for the month of July;

WHEREAS, Defendants were granted an extension by this court to respond to Plaintiff's discovery request to August 8, 2023. Specifically, Plaintiff's First Set of Interrogatories, Request for Production, and Requests for Admission. ECF No. 22;

WHEREAS, the current deadline to file expert disclosures is July 21, 2023. ECF No. 20;

WHEREAS, the current deadline to file rebuttal expert disclosures is August 4, 2023. ECF No. 20;

WHEREAS, the current deadline to file mid-litigation statements is August 4, 2023. ECF No. 20;

WHEREAS, the above pre-litigation deadlines are prior to the Defendants currently deadline to respond to Plaintiff's discovery request on August 8, 2023.

WHEREAS, additional time is needed to allow for the needed discovery which will impact the parties depositions;

NOW THEREFORE, the parties agree to extend the deadline to file expert disclosures, rebuttal expert disclosures and mid-litigation statements by sixty (60) days, as follows:

1. Expert Disclosures: September 19, 2023
2. Rebuttal Disclosures: October 3, 2023
3. Mid-Litigation Statements: October 3, 2023

**IT IS SO STIPULATED.**

///

///

///

DATED: 7/17/2023                    DERBY McGUINNESS & GOLDSMITH LLP



By   /s/ Steven L. Derby
    Steven L. Derby, Esq.
    Attorney for Plaintiff
    ROBERT GRISAK


DATED: 7/17/2023


By   /s/ Emily D. W. Sweet
    EMILY D. W. SWEET
    Deputy Attorney General
    ROB BONTA
    Attorney General of California
    CATHERINE WOODBRIDGE
    Supervising Deputy Attorney General

*Attorneys for Defendant, the State of California, by and through the 44th District Agricultural Association*


FILER'S ATTESTATION

Pursuant to Local Rules, I hereby attest that I, Steven L. Derby, attorney with Derby, McGuinness & Goldsmith, LLP, received the concurrence of counsel in the filing of this document.

/s/ Steven L. Derby
Steven L. Derby, Esq.

DERBY, McGUINNESS & GOLDSMITH, LLP

## ORDER TO EXTEND PRETRIAL DEADLINES

For GOOD CAUSE shown and for the reason set forth in the stipulation, the following is hereby **ORDERED**:

1. Expert Disclosures: **September 19, 2023.**

2. Rebuttal Disclosures: **October 3, 2023**.

3. Mid-Litigation Statements: **October 3, 2023**.

4. All other dates contained in the January 19, 2023, Pretrial Scheduling Order (ECF No. 20) shall remain in effect. Counsel **SHALL** contact Judge Mendez' Courtroom Deputy, M York, via e-mail at myork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in the Pretrial Scheduling Order and this order.

**IT IS SO ORDERED.**

Dated: July 18, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE