| | |
|---|---|
| STEVEN L. DERBY, Esq. (SBN 148372)<br>THE DERBY LAW FIRM<br>501 West Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: (925) 216-8712<br>derbylaw@att.net | ANTHONY GOLDSMITH (SBN 125621)<br>LAW OFFICES OF ANTHONY GOLDSMITH, APC<br>6303 Owensmouth Ave, 10th Floor<br>Woodland Hills, California 91367<br>Tel: (818) 646-2071<br>Fax: (818) 237-9256<br>Email:<br>agoldsmith@goldsmithlawoffices.com<br>info@goldsmithlawoffices.com |

Attorneys for Plaintiff
ROBERT GRISAK

ROB BONTA, State Bar No. 202668
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
ERICK J. RHOAN, State Bar No. 283588
Deputy Attorney General
2550 Mariposa Mall, Room 5090
Fresno, CA 93721-2271
Telephone: (559) 705-2310
E-mail: Erick.Rhoan@doj.ca.gov

*Attorneys for Defendant, the State of California, by and through the 44th District Agricultural Association*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GRISAK,<br><br>               Plaintiff,<br>    v.<br><br> 44th DISTRICT AGRICULTURAL ASSOCIATION AND STATE OF CALIFORNIA,<br><br>              Defendants. | CASE NO.  2:22-CV-01746-JAM-CKD<br><br>Civil Rights<br><br>**STIPULATION AND ORDER TO RETAIN JURISDICTION TO ENFORCE CONSENT DECREE [ECF NO. 33] AND DISMISSING ACTION WITH PREJUDICE** |

**STIPULATION**

By and through their attorneys of record, Plaintiff ROBERT GRISAK ("Plaintiff") and Defendants 44TH DISTRICT AGRICULTURAL ASSOCIATION AND STATE OF CALIFORNIA ("Defendants") hereby stipulate and agree by and between the Parties that this case should be dismissed with prejudice, with each party to bear their own attorneys' fees, costs and litigation expenses and the court shall retain jurisdiction to enforce the Consent Decree ordered by this Court on March 12, 2024. (ECF No. 33).

**IT IS SO STIPULATED.**

Dated:  March 23, 2024          By:      /s/ Steven L. Derby
                                         Steven L. Derby
                                         Attorney for Plaintiff
                                         ROBERT GRISAK

Dated:  March 23, 2024          By:        /s/Erick Rhoan
                                         ERICK RHOAN
                                         Deputy Attorney General
                                         ROB BONTA
                                         Attorney General of California
                                         EMILY D. SWEET
                                         Supervising Deputy Attorney General
                                         Attorneys for Defendant, the State of
                                         California, by and through the 44th District
                                         Agricultural Association

FILER'S ATTESTATION

Pursuant to Local Rules, I hereby attest that I, Steven L. Derby, attorney with The Derby Law Firm, received the concurrence of counsel in the filing of this document.

                                         /s/ Steven L. Derby
                                         Steven L. Derby, Esq.

## **ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ORDERED that this case should be **DISMISSED** with prejudice with each party to bear their own attorneys' fees, costs and litigation expenses and the Court shall retain jurisdiction to enforce the terms of the Consent Decree. ECF No. 33.

Dated: March 25, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE